No. D–1896.   In re Disbarment of Barnthouse.   William Joseph Barnthouse, of Littleton, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within

40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.